IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GENSI MATOS CONTRERAS** | : | CIVIL ACTION NO. 1:14-cv-1661 |
| **Petitioner** | : | (Judge Kane) |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| **MARY SABOL, et al.** | : | |
| **Respondents** | : | |

## O R D E R

Before the Court in the captioned action is a May 13, 2015 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

**ACCORDINGLY**, this 2nd day of June 2015, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson (Doc. No. 16).

2) The Petition for Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED as moot**.

3) The Clerk of Court shall **CLOSE** the case.

s/ Yvette Kane
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania